1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave.
San Francisco, California  94102
Telephone:  (415) 436-7249

7 | Fax:  (415) 436-7234

8 | Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14 | UNITED STATES OF AMERICA,                    )          No.:  CR 05-0375 SI
                                                               )
15 |       Plaintiff,                                      )          [PROPOSED] ORDER EXCLUDING
                                                               )          TIME FROM SPEEDY TRIAL ACT
16 |       v.                                             )          CALCULATION
                                                               )
17 | QUE DONALD HAC,                            )
                                                               )
18 |       Defendant.                                 )
                                                               )
19 | _____ )

20

21 |        This matter came on for hearing before the Court on June 22, 2006.  Defendant Que

22 | Donald Hac appeared in custody represented by Gilbert Eisenberg.  The United States appeared

23 | through Assistant U.S. Attorney Audra Ibarra.  Defendant Que D. Hac was released on

24 | conditions of bond agreed upon by the parties.

25 |        The parties represented that the government has previously provided voluminous

26 | discovery materials (according to the government, it includes more than 150,000 pages of

27 | images, plus DVD's and CD-ROMs as well as videotapes) to other defense counsel for other

28 | defendants charged in this and related cases.  (The Court is familiar with the underlying case,

ORDER EXCLUDING TIME

1   <u>United States v. Enrique Chan, et al.</u>, CR 05-0375 SI, which stemmed from a wiretap

2   investigation and involved numerous defendants.)  The parties further represented that

3   defendant's counsel was making his first appearance in this case on June 22, 2006.  Defense

4   counsel and the defendant requested the continuance and agreed that a Speedy Trial Act

5   exclusion is appropriate under 18 U.S.C. § 3161(h)(8), based upon counsel's need to review the

6   discovery and become familiar with the case, and that it was necessary to provide reasonable

7   time for effective preparation, taking into account the exercise of due diligence.

8        The case was scheduled for a hearing on August 28, 2006 at 4:00 p.m. before United

9   States District Judge Susan Illston.

10       Accordingly, THE COURT FINDS that a continuance from June 22, 2006 through and

11   including August 28, 2006 is appropriate, and that the ends of justice served by granting such a

12   continuance outweigh the best interest of the public and the defendant in a speedy trial.  THE

13   COURT FURTHER FINDS that failure to grant such a continuance would deny the defendant

14   and his counsel the reasonable time necessary for effective preparation of the case (including

15   review of the voluminous discovery), taking into account the exercise of due diligence.  THE

16   COURT THEREFORE ORDERS that the period from June 22, 2006 through August 28, 2006 is

17   excludible time within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18

19   DATED:

20                        HON. SUSAN ILLSTON
                           United States District Judge

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME           2