JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail:    nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-0375 SI |
| v. | STIPULATION AND [PROPOSED] ORDER TO UNSEAL JUDGMENT OF CONVICTION |
| QUE HAC, | |
|    Defendant. | |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the judgment of conviction in the above-referenced matter, imposed by this Court on February 10, 2010, be unsealed.  The reason for this request is that the Government needs to provide a copy of the judgment to law enforcement agencies that participated in the investigation of the above-referenced case in order for these agencies to close out their investigative files.  The defense does not object to this unsealing request.

STIPULATION; ORDER

1

1 | Dated: February 24, 2010     JOSEPH P. RUSSONIELLO
2 |     United States Attorney

/s/
_____
NICOLE M. KIM
Assistant United States Attorney

/s/
_____
Dated: February 24, 2010

GILBERT EISENBERG
Attorney for Defendant

[PROPOSED] ORDER

    Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT only the judgment of conviction in the above-referenced case be unsealed.

Dated: 3/17, 2010

_____
HON. SUSAN ILLSTON
United States District Judge

STIPULATION; ORDER

2